UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Timothy Alexander, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   - against -<br><br>BlueTriton Brands, Inc.,<br><br>      Defendant | 1:22-cv-00648<br><br><br><br>Hon. John J. Tharp, Jr. |

  Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   July 31, 2023

                     Respectfully submitted,

                     Sheehan & Associates, P.C.
                     /s/Spencer Sheehan
                     Spencer Sheehan
                     spencer@spencersheehan.com
                     60 Cuttermill Rd Ste 412
                     Great Neck NY 11021
                     Tel: (516) 268-7080

## Certificate of Service

I certify that on July 31, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

      /s/ Spencer Sheehan